UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Chiniqua Levine,

              Plaintiff,

    -against-

Verizon New York, Inc.,

             Defendant.
------------------------------------------------------------x

PRO SE COUNSEL ORDER
09-cv-1723 (GBD)

GEORGE B. DANIELS, DISTRICT JUDGE:

    Plaintiff has made an application to this Court for the assignment of counsel from the Pro Bono Panel. The Court orders that the Pro Se office seek counsel for plaintiff in accordance with the Pro Bono Panel's procedures.

    Plaintiff's case will be placed on a list that the Pro Se Office circulates to attorneys who are members of the Pro Bono Panel of the Court. It may take some time for this list to circulate. There are no funds to retain counsel in civil cases, therefore the panel relies on volunteers. If an attorney decides to take plaintiff's case, that attorney will contact plaintiff directly. There is no guarantee, however, that a volunteer attorney will decide to take the case. The Court will proceed with the case in the interim. The Court will periodically review whether any attorney has expressed an interest in plaintiff's case. If no attorney volunteers to take the case, plaintiff will proceed with the case on his own, pro se.

    Plaintiff's appearing Pro Se should direct any questions to the Pro Se office at 500 Pearl Street, Room 230 (telephone (212) 637-0175).

Dated: New York, New York
       June 2, 2009

                          SO ORDERED:

                          *George B. Daniels*
                          GEORGE B. DANIELS
                          United States District Judge