Matthew T. Miklave
Lori A. Jordan
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
mmiklave@ebglaw.com
ljordan@ebglaw.com
*Attorneys Defendant*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHINIQUA LEVINE,

                   Plaintiffs,

- against -

VERIZON NEW YORK, INC.,

                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 09-CV-1723
(GBD)

**ORDER OF
TERMINATION
OF APPEARANCE OF
BETH H. CITRON, ESQ.**

       Defendant Verizon New York Inc., improperly named as "Verizon New York, Inc." (hereinafter "Verizon"), by and through its counsel, Epstein Becker & Green, P.C. ("EBG"), respectfully requests, pursuant to Local Civil Rule 1.4, that the Appearance of Beth H. Citron, Esq. as counsel on its behalf be terminated.

       EBG has represented Verizon throughout the pendency of this action and continues to do so. Ms. Citron appeared in this action while an attorney at EBG by filing a Notice of Appearance on behalf of Verizon on April 29, 2009. As of August 14, 2009, Ms. Citron ceased to be associated with EBG and has not continued to represent Defendant in this matter.

This case is currently in the discovery phase and, thus, this withdrawal will not affect the posture of this case.

Dated: New York, New York
September 22, 2009

                                    EPSTEIN BECKER & GREEN, P.C.

                                    By: _____
                                           Matthew T. Miklave (MTM-9981)
                                           Lori A. Jordan (LJ-0853)
                                    250 Park Avenue
                                    New York, New York 10177-1211
                                    (212) 351-4500
                                    Attorneys for Defendant
                                    Manhattan Beer Distributors LLC

**SO ORDERED**

_____
HON. GEORGE B. DANIELS

Dated:
September SEP 2 3 2009

## **CERTIFICATE OF SERVICE**

I, Lori A. Jordan, Esq., hereby certify that on September 22, 2009 I caused a true copy of the Order of Termination of Appearance of Beth H. Citron to be served by first class mail by depositing same in a sealed envelope, postage prepaid, in an official depository of the U.S. Postal Service within the State of New York, addressed to the following person at the address indicated below:

>Chiniqua Levine
>52 Montague Place
>Montclair, New Jersey 07042-2820

Dated: September 22, 2009

                                                                                               */s/ Lori A. Jordan*
                                                                                                    Lori A. Jordan