Case 1:09-cv-01723-GBD-DCF   Document 35   Filed 04/19/10   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHINIQUA LEVINE,

                Plaintiff,

      -against-

VERIZON NEW YORK, INC.,

                Defendant.
------------------------------------------------------------------X

09 Civ. 01723 (GBD) (DF)

**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a case management conference on April 8, 2010, with Plaintiff, proceeding *pro se*, and counsel for Defendant; it is hereby ORDERED that:

1.    Plaintiff is directed not to serve any additional document requests on Defendant until she has received Defendant's responses to her outstanding requests. Defendant shall respond to those outstanding document requests no later than April 23, 2010.

2.    If, after receipt of Defendant's responses, Plaintiff believes that additional documents should have been produced, Plaintiff should confer in good faith with Defendant's counsel regarding the production to try to resolve any disputes, prior to serving any additional document requests on Defendant. To the extent Plaintiff believes that additional document requests are still needed, they should be served by May 7, 2009.

3.    The deadline for fact discovery in this matter is extended to June 7, 2010.

4.    Plaintiff and counsel for Defendant are directed to appear for an in-person status conference before the Court on <u>June 15, 2010, at 10:00 a.m.</u> The conference will take place at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 17A. Prior to that conference, the parties are directed to confer as to whether they

anticipate the need for any expert discovery in this case, and both parties should be prepared to address this subject at the conference.

5.  If Plaintiff needs assistance in understanding any of the procedural rules of this Court, or any aspect of this Order, Plaintiff is encouraged to contact the Court's *Pro Se* Office, 500 Pearl Street, Room 230, New York, New York 10007. The telephone number for the *Pro Se* Office is (212) 805-0175. The Office does not accept collect calls.

Dated: New York, New York
April 19, 2010

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Copies mailed to:

Ms. Chiniqua Levine
52 Montague Place
Montclair, NJ 07042-2820

Lori A. Jordan, Esq.
Epstein, Becker & Green, P.C. (New York)
250 Park Avenue
New York, NY 10177