SCANNED

Chiniqua D. Levine
52 Montague Place
Montclair, N. J. 07042
862-220-5694
cdl292@nyu.edu

RECEIVED
NY PRO SE OFFICE
2011 MAR 21 P 4: 18



March 17, 2011

**VIA PRIORITY MAIL**

The Honorable Debra Freeman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1321

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11

Re: Chiniqua Levine v. Verizon New York, Inc.
Case Number 09-CV-1723 (GBD) (DF)

Dear Magistrate Freeman:

I am contacting you in an attempt to request a stay for the case that I have brought against Verizon New York, Inc. I am not emotionally able to perform the duties that are required of a pro se litigant at this point. Most recently (February 28, 2011), I was subpoenaed by the Commonwealth of Virginia,as the mother of my son, who was senselessly murdered by a gang. The graphic details and specifics of what occurred at the time of my son's murder further traumatized me, more than I had anticipated. I am enclosing a copy of a letter stating my attendance on that day as well as, a copy of another subpoena for May 23, 2011 requesting my presence.

I contacted the Pro Se office, on or about March 8, 2011, to remind them that I am actively on the Pro Bono Panel list. I have pleaded with the department to try and recruit legal representation for me, since I am dealing with way more emotionally then when this case first began. Please consider all the reasons that I have requested this stay.

*This matter has been stayed for 8½ months, and this Court cannot continue to stay these proceedings. Plaintiff is again directed to respond to defendant's outstanding motion to compel discovery. Plaintiff may have until April 15, 2011 to serve and file that response. Plaintiff's failure to cooperate in discovery or comply with the Court's orders may result in some form of sanction, including dismissal for failure to prosecute.*

Respectfully,

*Chiniqua D. Levine*
Chiniqua D. Levine

**SO ORDERED:**   **DATE:** 4/4/11

*Debra Freeman*

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**